UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 06-30232
    CARL WILLIS MORGAN | (Chapter 13)
    OLIVE JEANETTE MORGAN |
                        Debtors | JUDGE GUY R. HUMPHREY

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4024714**

| Ct / Tee Claim # | Address | Amount |
|---|---|---:|
| 11/ 5 | PHH MORTGAGE CORPORATION<br>2001 BISHOPS GATE BLVD<br>MOUNT LAUREL, NJ  08054-4604 | 592.83 |
| 11/ 73 | PHH MORTGAGE CORPORATION<br>2001 BISHOPS GATE BLVD<br>MOUNT LAUREL, NJ  08054-4604 | 49.12 |
| 11/ 84 | PHH MORTGAGE CORPORATION<br>2001 BISHOPS GATE BLVD<br>MOUNT LAUREL, NJ  08054-4604 | 1,187.95 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/28/2010

Certificate of Service    06-30232

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

CARL WILLIS MORGAN
OLIVE JEANETTE MORGAN
2520 GARRINGER ROAD
JAMESTOWN, OH 45335

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH 45432

(76.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH 43215

(80.1n)
CITIFINANCIAL INC
BANKRUPTCY REMITTNACE
PO BOX 70919
CHARLOTTE, NC 28272

(82.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ 07193

(1104.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT
SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL 33131

(79.1n)
GMAC
BOX 130424
ROSEVILLE, MN 55113

(85.1n)
GREENE COUNTY TREASURER
% GREENE COUNTY PROSECUTOR OFF
55 GREENE ST  1ST FLOOR
XENIA, OH 45385

(83.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216

(84.3)
IRWIN HOME EQUITY
12677 ALCOSTA BLVD
STE 500
SAN RAMON, CA 94583

(78.1n)
JP MORGAN CHASE BANK
ATTN BANKRUPTCY DEPT
BOX 3155
MILWAUKEE, WI 53201

(86.1n)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216

(5.1)
PHH MORTGAGE CORPORATION
2001 BISHOPS GATE BLVD
MOUNT LAUREL, NJ 08054-4604

(81.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(5.3)
WELTMAN WEINBERG REIS
LAURA R FAULKNER
525 VINE ST   SUITE 800
CINCINNATI, OH 45202

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner    sv

0630232_42_20100728_0849_278/T317_sv
###